Craig S. Borison, State Bar No. 248387
  craig@borisonlaw.com
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
Tel:  (818) 256-5449
Fax:  (818) 698-8214

Scott C. Borison, State Bar No. 289456
  borison@legglaw.com
LEGG LAW FIRM, LLC
5500 Buckeystown Pike
Frederick, MD 21703
Tel:  301-620-1016
Fax:  310-620-1018

Attorneys for Plaintiff SHANT H. MARDIROSIAN,
on behalf of himself
and all others similarly situated

JS-6

FILED:  8/01/13

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHANT H. MARDIROSIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE CREDIT INC., A Georgia Corporation: ALTISOURCE SOLUTIONS, INC., A Delaware Corporation; and DOES 1-10 inclusive.<br><br>Defendants. | Case No. CV 12-4342 (GHK) (Ex)<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATION TO DISMISS CASE WITH PREJUDICE |

The Court, having considered the stipulation of the parties, Plaintiff Shant Mardirosian and Nationwide Credit, Inc., hereby orders as follows:

1. Plaintiff's entire Amended Class Action Complaint against Nationwide Credit, Inc., the only remaining defendant in this action, including all causes of

1  action alleged therein, is hereby dismissed with prejudice; and

2     2. All parties shall bear their all of their own attorneys' fees and costs.

5  IT IS SO ORDERED.

7  Dated    8/1/13

**THE HONORABLE
GEORGE H. KING
Chief Judge of the United States District
Court for the Central District of California**